Case 4:21-cr-06012-SAB    ECF No. 3    filed 03/24/21    PageID.13    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 24, 2021**

SEAN F. McAVOY, CLERK

Daniel S. Kahn
Acting Chief, Fraud Section
U.S. Department of Justice
Avi Perry
Acting Principal Assistant Chief
John ("Friz") Scanlon
Trial Attorney
1400 New York Avenue NW
Washington DC 20005
Telephone: (202) 514-2000

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY ALLEN EASTERDAY,<br><br>Defendant. | Case No.: 4:21-CR-6012-SAB-1<br><br>Motion To Seal Information |

    Plaintiff, United States of America, by and through Daniel S. Kahn, Acting Chief, Fraud Section, for the Department of Justice, Avi Perry, Acting Principal Assistant Chief, and John ("Fritz") Scanlon, Trial Attorney for the Department of Justice, moves the Court pursuant to Federal Criminal Procedure Rule 49.1(d), for an Order sealing the Information until further order of the Court or until Defendant's

MOTION TO SEAL INDICTMENT - 1

appearance, whichever comes first, as public disclosure of the charging document prior to the Defendant's appearance could compromise the current status of the investigation.

Dated: March 24, 2021.

Daniel S. Kahn
Acting Chief, Fraud Section
U.S. Department of Justice

*s/ Avi Perry*
Avi Perry
Acting Principal Assistant Chief,
Fraud Section
U.S. Department of Justice

s/ John ("Friz") Scanlon
John ("Friz") Scanlon
Trial Attorney, Fraud Section
U.S. Department of Justice