FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY ALLEN EASTERDAY,<br><br>Defendant. | No. 4:21-CR-06012-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 14)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 14**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting to travel to Idaho for the birth of his grandchild.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 14,** is **GRANTED**. Defendant is permitted to travel to Boise/Fruitland, Idaho leaving May 16, 2021 and returning to the Eastern District of Washington on May 22, 2021. Prior to departure Defendant shall provide Pretrial Services the address where he will reside and a phone number where he can be contacted at any time.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED May 13, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1