FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY ALLEN EASTERDAY,<br><br>Defendant. | No. 4:21-CR-06012-SAB-1<br><br>ORDER GRANTING DEFENDANT'S AMENDED MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 16)** |

Before the Court is Defendant's Amended Motion to Modify Conditions of Release, **ECF No. 16**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting to move the travel date to Idaho that was previously authorized, **ECF No. 15.**

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 16,** is **GRANTED**. Defendant is permitted to travel to Boise/Fruitland, Idaho leaving May 15, 2021 and returning to the Eastern District of Washington on May 22, 2021. Prior to departure Defendant shall provide Pretrial Services the address where he will reside and a phone number where he can be contacted at any time.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED May 14, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1