FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY ALLEN EASTERDAY,<br><br>Defendant. | No. 4:21-CR-06012-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 18)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 18**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting to travel to Idaho to visit his family.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 18,** is **GRANTED**. Defendant is permitted to travel to Boise/Fruitland, Idaho leaving June 4, 2021 and returning to the State of Washington on June 6, 2021. Prior to departure Defendant shall provide Pretrial Services the address where he will reside and a phone number where he can be contacted at any time.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED June 4, 2021.

_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1