FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY ALLEN EASTERDAY,<br><br>Defendant. | No. 4:21-CR-06012-SAB-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS AND AMENDING RELEASE CONDITION #9<br><br>**MOTION GRANTED**<br>**(ECF No. 20)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 20**. Defendant recites in his motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant is requesting to travel to Oregon to meet with his bankruptcy attorney.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 20,** is **GRANTED**. Defendant is permitted to travel to Portland, Oregon on June 28, 2021, returning to the State of Washington on the same day. Prior to departure, Defendant shall provide Pretrial Services with his bankruptcy attorney's address and a phone number where he can be contacted at any time.

Additionally, Defendant's conditions of release, specifically condition #9, is amended to allow Defendant to travel out of the state of Washington *with advance notice and approval* from U.S. Probation. All other terms and conditions of

ORDER - 1

pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED June 24, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2