# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>-vs-<br>CODY ALLEN EASTERDAY,<br><br>Defendant. | Case No.    4:21-CR-6012-SAB-1<br><br>CRIMINAL MINUTES<br>DATE:    JANUARY 6, 2022<br><br>LOCATION:  BY VIDEO CONFERENCE<br><br>MOTION HEARING |

**Chief Judge Stanley A. Bastian**

| Michelle Fox | 01 | Marilynn McMartin |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Russell Smoot<br>John Scanlon<br>Brian Donovan | | Carl Oreskovich |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:** | | |

[ ] Open Court        [ ] Chambers        [ X ] Video/Telecon

Defendant present, BY VIDEO, and out of custody of the U.S. Marshal.

Motion to Continue Sentencing, ECF No. 31

Jeff Misley – Bankruptcy counsel
Al Smith – Bankruptcy counsel


Court confirms with defendant that he agrees to proceed by video today for the hearing.
    Defendant agrees to proceeding today by video.

Court summarizes case.

C. Oreskovich presents argument on Motion to Continue.
    Court asks counsel how long of a continuance.
    C. Oreskovich indicates the other trial is scheduled to begin April. Requesting a mid-May date.

J. Scanlon presents argument against Motion to Continue.


**[ X ]  ORDER FORTHCOMING**

| CONVENED: 9:00 A.M. | ADJOURNED: 9:35 A.M. | TIME: 35 MIN. | CALENDARED    [ X ] |
|---|---|---|---|

*United States –vs- C. Easterday*  January 6, 2022
4:21-CR-6012-SAB-1  Page 2
Motion Hearing

Court indicates this is a procedural matter so will not hear from Bankruptcy counsel. Court has reviewed all the briefing and listened to the argument. Court GRANTS the Motion. Court continues the sentencing hearing to June 13, 2022 at 1:00 pm in Richland.

Counsel all agree to the sentencing date in June.

Court will issue an Order.