CARL J. ORESKOVICH, WSBA #12779
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509)747-9100
(509)623-1439 Fax
Email: carl@ettermcmahon.com
*Attorney for Defendant Cody Allen Easterday*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY ALLEN EASTERDAY,<br><br>Defendant. | No.  4:21-CR-06012-SAB-1<br><br>**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING AND ASSOCIATED DEADLINES**<br><br>**Without Oral Argument:**<br>**May 26, 2021 at 6:30 pm** |

COMES NOW, Defendant Cody Easterday, by and through his attorney of record, Carl J. Oreskovich of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby moves this Court for a continuance of the currently scheduled Sentencing Hearing and associated deadlines.  This Motion is based upon the accompanying Declaration of Carl J. Oreskovich, along with the files and records contained in the Court File herein.

Defendant's Motion to Continue
Sentencing Hearing and Associated
Deadlines - Page  1

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

RESPECTFULLY SUBMITTED this 19th day of May, 2022.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.

By: /s/ Carl J. Oreskovich
　　　Carl J. Oreskovich, WSBA #12779
　　　*Attorney for Cody A. Easterday*

Defendant's Motion to Continue
Sentencing Hearing and Associated
Deadlines - Page 2

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated herein, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF System, which will send notification of such to all attorneys of record.

EXECUTED this 19th day of May, 2022 in Spokane, Washington.


By: /s/ Jodi Dineen
    Jodi Dineen

Defendant's Motion to Continue
Sentencing Hearing and Associated
Deadlines - Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100