CARL J. ORESKOVICH, WSBA #12779
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA 99201
(509)747-9100
(509)623-1439 Fax
Email: carl@ettermcmahon.com
*Attorney for Defendant Cody Allen Easterday*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY ALLEN EASTERDAY,<br><br>Defendant. | No. 4:21-CR-06012-SAB-1<br><br>**DECLARATION OF CARL J. ORESKOVICH IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING** |

I, Carl J. Oreskovich, do hereby declare the foregoing:

1. I am over the age of 18, competent to testify, and have personal knowledge regarding the matters stated herein.

2. I make this declaration in good faith and not for purposes of delay. This declaration is in support of a motion for continuance of Mr. Easterday's current sentencing date of June 13, 2022, until early September of 2022.

Declaration of Car J. Oreskovich in
Support of Defendant's Motion to
Continue Sentencing Hearing- Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100

This Motion is based upon the need for Mr. Easterday's continued participation in the adversary proceedings involving Mr. Easterday personally, Easterday Farms, and Easterday Ranches, Inc.

3. As has been set forth in previous declarations and as this Court is aware from a prior continuance argument, Easterday Farms and Easterday Ranches have been involved in a very complex bankruptcy proceeding. Cody Easterday, the defendant herein, has not personally filed bankruptcy but has been significantly involved in this bankruptcy action pursuant to a cooperation agreement where he, his wife Debby, and other family members contributed significant amounts of real property to the bankruptcy estate for the purpose of satisfying creditors. The bankruptcy action has been rapidly proceeding and nearing conclusion.

4. On April 20, 2022, the Bankruptcy Court entered its *Order Granting Debtors' Motion to Approve Global Settlement Term Sheet* [Docket No. 1560], which approved the *Global Settlement Term Sheet* dated April 14, 2022 (the "Global Settlement Term Sheet"), by and among the Debtors, the Committees, Tyson, Segale, and certain related family members and affiliated entities. The Global Settlement Term Sheet contemplates a

Declaration of Car J. Oreskovich in
Support of Defendant's Motion to
Continue Sentencing Hearing- Page 2

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201  (509) 747-9100

global resolution of all claims among the parties and an agreed distribution of funds to creditors, subject to the approval of the Bankruptcy Court.

5. On May 11, 2022, the Debtors filed their *Third Amended Joint Chapter 11 Plan of Liquidation of Easterday Ranches, Inc., and Easterday Farms* [Docket No. 1606] (the "Plan"), which effectuates the terms of the Global Settlement Term Sheet. The Plan provides for a comprehensive settlement which will include, among other things, prompt distributions to creditors, 100% recoveries to the creditors of Easterday Farms, material distributions to the unsecured creditors of Easterday Ranches' unsecured creditors, and material, voluntary contributions by the Easterday family. The consent of the DOJ to the settlements and releases of property and interests provided for in the Plan is a condition precedent to the effective date of the Plan.

6. A hearing to consider the adequacy of the Debtor's Disclosure Statement is currently set for May 25, 2022. The parties anticipate that a hearing to consider confirmation of the Plan will be set sometime in July, 2022, following the court's anticipated approval of the Disclosure Statement and the Plan solicitation and voting procedures. Objections to the Plan will be required between 10 and 14 days prior to the confirmation hearing that

Declaration of Car J. Oreskovich in
Support of Defendant's Motion to
Continue Sentencing Hearing- Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100

would be set in July 2022.

7. I have spoken with Mr. Jeff Misley, Mr. Easterday's personal counsel in the bankruptcy who advises me that Mr. Easterday's continued participation in the bankruptcy is critical through the time that the Plan is set to be confirmed in July. More importantly, in the event there are objections filed Mr. Easterday will be significantly involved in litigating the objections to the Plan.

8. I have conferred with Mr. John Scanlon, counsel for the Government in this case. Mr. Scanlon has agreed to this motion to continue the sentencing hearing to allow for the Plan confirmation. Both Mr. Scanlon and I have trial conflicts and vacations plans during the month of August. We have identified the first two weeks in September as a timeframe when we are both available and by this uncontested motion, I am asking the Court to continue the sentencing hearing of June 13th until sometime during the first two weeks of September. I have shared a copy of this motion with Mr. Scanlon and he has authorized me to represent to the Court that he has no objection to it.

///

Declaration of Car J. Oreskovich in
Support of Defendant's Motion to
Continue Sentencing Hearing- Page 4

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

I hereby declare that the following is true and correct under penalty of perjury of the laws of the State of Washington and United States.

EXECUTED this 19th day of May, 2022 in Spokane, Washington.

By: /s/ Carl J. Oreskovich
Carl J. Oreskovich

Declaration of Car J. Oreskovich in
Support of Defendant's Motion to
Continue Sentencing Hearing- Page 5

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

# **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated herein, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF System, which will send notification of such to all attorneys of record.

EXECUTED this 19th day of May, 2022 in Spokane, Washington.

By: /s/ Jodi Dineen
Jodi Dineen

Declaration of Car J. Oreskovich in
Support of Defendant's Motion to
Continue Sentencing Hearing- Page 6

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100