THE HONORABLE

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR FRANKLIN COUNTY

| | |
|---|---|
| TYSON FRESH MEATS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>EASTERDAY RANCHES, INC., a Washington corporation,<br><br>Defendant. | No.<br><br>DECLARATION OF KEVIN HUESER |

I, Kevin Hueser, declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts contained herein.

2. I am the Senior Vice President for Beef Margin Management at Tyson Fresh Meats, Inc. ("TFM"). In that position, I am responsible, in part, for overseeing TFM's



Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

purchases of fed cattle from feedlots and other cattle producers. I have worked for Tyson in various capacities for over 36 years.

## I. BACKGROUND

3. TFM is a subsidiary of Tyson Foods, Inc. and is based in Dakota Dunes, South Dakota. It is a leading supplier of fresh "boxed" beef, pork sold to distributors and "case-ready" ground beef and pork products sold directly to retailers. TFM currently operates six beef processing plants in the following locations: (i) Pasco, Washington: (ii) Lexington, Nebraska; (iii) Dakota City, Nebraska; (iv) Joslin, Illinois: (v) Holcomb, Kansas; and (vi) Amarillo, Texas. TFM is one of the largest beef processors in the United States. The company's beef business generated almost $15.8 billion in sales in fiscal year 2020.

4. TFM purchases its cattle either through spot buys on the cash market or under contracts or marketing arrangements which commit the producer to deliver a certain number of cattle once they reach slaughter weight. The terms of these contracts and marketing arrangements vary by producer.

5. "Feedlots" focus on raising cattle until they reach slaughter weight (typically 1400 pounds) and generally purchase their cattle from breeders and cow/calf operations that will feed and care for younger calves. The time to maturity can vary depending on the age and weight of the cattle purchased by the feedlot. For example, cattle purchased at a weight of 700-800 lbs. (which would usually be between 6-7 months old) could take between 120-180 days to reach slaughter weight. Cattle purchased at 300-400 lbs. (2-3 months old) could take up to a year or more to reach a mature slaughter weight. The time to maturity can



Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

also vary depending on whether the cattle are put out to pasture and fed grass or whether they are kept in a feedlot and fed grain.

## II. THE TYSON/EASTERDAY RELATIONSHIP

6. TFM has done business with Easterday Ranches, Inc. ("Easterday"), a cattle producer and feedlot operator, for several years. Under its agreement with TFM, Easterday committed to procure and deliver slaughter-ready cattle to TFM beef processing plants, with TFM funding 100% of the procurement, feeding and care costs. Nearly all of the cattle fed by Easterday under the terms of these agreement were to be supplied to TFM's beef processing plant in Pasco, Washington. A true and correct copy of the agreement between TFM and Easterday, dated February 20, 2017, is attached as Exhibit A. It was amended effective August 20, 2020 to extend the term of the agreement through August 20, 2021. A true and correct copy of that amendment is attached as Exhibit B.

7. Under the terms of the agreement, Easterday was required to procure "feeder cattle" and provide feeding space at its ranch or affiliated feedyards. Exhibit A, at 1. Easterday committed to provide supporting documentation regarding procurement costs showing the type, weight, kind and lot designation of the feeder cattle to be purchased, along with an estimated breakeven calculation for each lot of cattle. Id. at 1 ("Funding of Cattle"). Upon TFM's reimbursement for the purchase of those cattle, Easterday would provide at TFM's request title documents evidencing TFM's ownership of the cattle. Id.

8. The agreement also committed Easterday to document the feed and grow costs for cattle purchased under this program. Easterday was to bill TFM twice every month



Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

for those costs and support those requests for reimbursement with accurate bills showing the feed and grow costs for each lot of cattle. Id. at 2 ("Grow Costs"). TFM would then pay those Grow Costs.

9. Once the cattle reached slaughter weight, Easterday was committed to supply them to TFM for slaughter. The agreement provided for TFM to pay Easterday the current market value for the cattle, less certain costs including the procurement costs and the feed and grow costs that had been advanced by TFM, interest on those costs, other adjustments and, initially, a $15/head return. TFM would either then owe Easterday, or vice versa, depending on the current market value of the cattle. Id. at 3-4.

10. Cody Easterday, the president of Easterday, personally guaranteed Easterday's full and timely payment, performance and satisfaction of all obligations under this agreement. TFM was unwilling to enter into the agreement without such a guarantee. Id. at 5.

## III. DISCOVERY OF THE FRAUD

11. In the fall of 2020, TFM began looking more closely at the level of capital investment it had made in its cattle procurement operations. I received a report from our accounting department showing TFM's current investment in cattle it had purchased under the agreement with Easterday. I recall that investment was over $300 million.

12. In early to mid-November, I spoke to Justin Nelson, TFM's Vice President of Cattle Procurement about the Easterday inventory. I asked him to follow up and investigate



Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

whether that level of capital investment at Easterday consisted solely of fed cattle and, if so, where all of those heads of cattle were located.

13. On the evening of Monday, November 30, Justin called me at home. He told me that he and TFM's local cattle buyer in Pasco had investigated the issue and had talked to Cody Easterday about his inventory of cattle that TFM had purchased. Justin told me that Mr. Easterday had confessed that he had submitted invoices to TFM for payment for cattle that did not actually exist. According to Justin, Mr. Easterday admitted that he done so for approximately 200,000 head of cattle over a period of time.

14. That same evening, I alerted other TFM executives about this problem. This began an intense week of meetings as we began to learn about the extent of this fraud and to develop plans for how to address it.

15. On the morning of December 1, four of us from Tyson conducted a Zoom call with Mr. Easterday. Included on that call from Tyson were Shane Miller (General Manager for Beef), Leah Anderson (Senior VP Operations-Finance & Accounting), Adam Deckinger (VP and Associate General Counsel) and me. During this call, Mr. Easterday admitted that he owed us 200,000 head of cattle. He also agreed to have auditors come out to his site immediately. These auditors were already on the ground for a day and a half by the time I made my trip out to Pasco.

16. Later that day, Mr. Easterday called me directly. During that call, he asked that Tyson pay him $1.7 million in feed costs and said he could not keep operating without that payment. I know that TFM investigated the possibility of paying Easterday's vendors



Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

directly instead of continuing to give Mr. Easterday money without knowing for certain whether that money was actually being used to feed our cattle.

17. On Thursday, December 3, I traveled to Pasco for meetings with Mr. Easterday. Other senior executives, including Shane Miller and Leah Andersen, also came to Pasco for these meetings. On December 3 and 4, the three of us held a total of two meetings with Mr. Easterday in which he confessed to us how he had defrauded TFM over several years.

18. Mr. Easterday admitted that he had submitted invoices to TFM for cattle that did not, in fact, exist. He used the phrase that he "owed" us 200,000 cattle. He initially claimed that this scheme began in 2017. When we later confronted him with evidence that it actually began sometime in 2016, he agreed that was probably correct. He showed us how he meticulously kept track of the cattle that TFM had paid for, both those that existed and those that did not.

19. He also admitted what he did with the millions of dollars that he had stolen from TFM. He said he had lost all of the money on the futures market -- specifically, he said he "had pissed it away on the Merc," a reference to the Chicago Mercantile Exchange. A big part of that conversation was Mr. Easterday's continued request for money which he claimed he needed to keep operating.

20. I was struck by Mr. Easterday's demeanor during these meetings. While he did get a little teary eyed at times, he was largely very straightforward and stoic. He did not show the remorse that I expected from someone who had defrauded our company out of



Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

hundreds of millions of dollars. At one point, I asked him why he had not come to us years earlier to seek some help, instead of continuing to dig himself into a deeper and deeper hole. He just replied that he probably should have done that, and that he had "screwed up."

21. I stayed in Pasco until Sunday, December 6. Apart from my meetings with Mr. Easterday, I toured all of the feedlots and grow yards where TFM cattle were located. My primary focus was to assess the condition of the cattle and to ensure they were being treated properly. TFM also operated several drones above those locations for the purpose of counting the number of cattle that were located on those properties. That count confirmed that the number of actual cattle was far less, by hundreds of thousands, than the number of cattle that TFM had paid Easterday for.

22. It appears as of the time of this declaration that there are approximately 54,000 cattle owned by TFM that are located on Easterday's feedlots and grow yards. Those cattle are of various ages and various weights. Most are not yet ready to be sent to our Pasco plant. Those cattle require continued feeding, maintenance and other care, on a daily basis. Without such care, the value of those cattle will quickly and dramatically deteriorate.

23. On Friday afternoon, January 22, 2021, I, along with Leah Andersen and Shane Miller of Tyson, spoke with Cody Easterday and Peter Richter, a financial advisor to Easterday. Mr. Easterday told us that they were planning to sell the "North Lot" within the next few days. I am familiar with the North Lot. It is one of Easterday Ranches' feedlots, is quite valuable, and is, according to Mr. Easterday, unencumbered.



Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

I declare under penalty of perjury under the laws of the State of South Dakota that the foregoing is true and correct.

Executed this 25 day of January, 2021, at Dakota Dunes, South Dakota.

Kevin Hueser



Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000