| | |
|---|---|
| 1 | Jeffrey C. Misley, WSBA #33397 |
| 2 | jmisley@sussmanshank.com<br>SUSSMAN SHANK LLP |
| 3 | 1000 SW Broadway, Suite 1400<br>Portland, OR  97205-3089 |
|   | Telephone: (503) 227-1111 |
| 4 | Facsimile: (503) 248-0130 |
| 5 | *Attorneys for Cody Easterday* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:21-CR-06012-SAB |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| CODY ALLEN EASTERDAY, | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN that Jeffrey C. Misley of the law firm Sussman Shank LLP, hereby enters an appearance in the above-referenced matter on behalf of Cody Easterday.

Counsel for Mr. Easterday requests that all notices of hearings, pleadings, filings, correspondence, and all communications be directed to the undersigned at the address, email, and telephone number listed above.

Dated this 3rd day of October, 2022.

SUSSMAN SHANK LLP

By  */s/ Jeffrey C. Misley*
Jeffrey C. Misley, WSBA #33397
Attorneys for Cody Easterday

NOTICE OF APPEARANCE -Page 1

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
FACSIMILE (503) 248-0130