FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CODY ALLEN EASTERDAY, <br><br> Defendant. | No.   4:21-CR-06012-SAB-1 <br><br> ORDER GRANTING DEFENDANT'S MOTION TO AMEND JUDGMENT |

Before the Court are Defendant's Unopposed Motion To Re-Assign Federal Bureau Of Prisons Designation ECF No. 75 and related Motion to Expedite, ECF No. 76. The motion was heard without oral argument. Defendant is represented by Carl Oreskovich. The United States is represented by Russell Smoot, Brian Donovan, and John "Fritz" Scanlon.

Defendant requests that the Court amend its judicial recommendation for the Bureau of Prisons designation in the Judgment from FCI Sheridan to USP Lompoc. Defendant indicates the United States takes no position with respect to his request.

Generally, the Court is willing to make recommendations to BOP regarding placement as requested by a defendant with the caveat that the Court recognizes the ultimate responsibility for the placement of a particular defendant always lies with the Bureau of Prisons. With this caveat, the Court will grant Defendant's motion.

Accordingly, **IT IS ORDERED**:

1. Defendant's Unopposed Motion To Re-Assign Federal Bureau Of Prisons Designation ECF No. 75, is **GRANTED**.

ORDER GRANTING DEFENDANT'S MOTION TO AMEND JUDGMENT ~ 1

2.  Defendant's Motion to Expedite, ECF No. 76, is **GRANTED**.

3   The Court will file an amended judgment amending the Court's recommendation to BOP from FCI Sheridan to USP Lompoc.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to counsel and U.S. Probation.

**DATED** this 4th day of November 2022.



Stanley A. Bastian
Chief United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO AMEND JUDGMENT ~ 2