FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CODY ALLEN EASTERDAY,<br><br>        Defendant. | No.   4:21-CR-06012-SAB-1<br><br>**ORDER GRANTING STIPULATED MOTION** |

Before the Court is the parties' Stipulated Motion to Apply Restitution Offsets Pursuant to 18 U.S.C. § 3664(j), ECF No. 90. The motion was heard without oral argument.

The parties ask that the Court amend the judgment imposing restitution to reflect the amount of proceeds Tyson Food, Inc. and Segale Properties LLC received from the related bankruptcy proceedings.

Accordingly, **IT IS ORDERED**:

1. The parties' Stipulated Motion to Apply Restitution Offsets Pursuant to 18 U.S.C. § 3664(j), ECF No. 90, is **GRANTED**.

2. Pursuant to 18 U.S.C. § 3664(j)(2), the total restitution amount owed by Defendant is reduced by $66,918,106.51, resulting in a total amount due and owing of $177,113,025.49.

3. The remaining amount owed to Tyson Food, Inc. is reduced to $169,612,048.01.

4. The remaining amount owed to Segale Properties LLC is reduced to 7,510,977.48.

**ORDER GRANTING STIPULATED MOTION** ~ 1

5.  The Clerk of Court shall reflect in its records that Tyson Food, Inc. has received $69,395,993.99 in restitution payments and Segal has received $3,522,112.52 in restitution payments and reduce the amounts owed by Defendant accordingly.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to counsel and the Clerk of Court Finance Department.

**DATED** this 24th day of January 2023.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION ~ 2**