Case 4:21-cr-06012-SAB    ECF No. 95    filed 01/26/23    PageID.837    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2023

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY ALLEN EASTERDAY,<br><br>Defendant. | No.   4:21-CR-06012-SAB-1<br><br>**ORDER GRANTING AMENDED STIPULATED MOTION** |

Before the Court is the parties' Amended Stipulated Motion to Apply Restitution Offsets Pursuant to 18 U.S.C. § 3664(j), ECF No. 92. The motion was heard without oral argument.

Previously, the Court entered an Order amending the judgment that imposed restitution to reflect the amount of proceeds Tyson Food, Inc. and Segale Properties LLC received from the related bankruptcy proceedings. The parties now move the Court to enter an Order that reflects the correct amounts of reduction and amounts owing.

Accordingly, **IT IS ORDERED**:

1. The parties' Amended Stipulated Motion to Apply Restitution Offsets Pursuant to 18 U.S.C. § 3664(j), ECF No. 92, is **GRANTED**.

2.  Pursuant to 18 U.S.C. § 3664(j)(2), the total restitution amount owed by Defendant is reduced by $66,918,106.51, resulting in a total amount due and owing of $177,113,025.49.

3. The remaining amount owed to Tyson Food, Inc. is reduced to $169,612,048.01.

**ORDER GRANTING STIPULATED MOTION** ~ 1

     4.  The remaining amount owed to Segale Properties LLC is reduced to 7,500,977.48.

     5.  The Clerk of Court shall reflect in its records that Tyson Food, Inc. has received $63,395,993.99 in restitution payments and Segal has received $3,522,112.52 in restitution payments and reduce the amounts owed by Defendant accordingly.

     **IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to counsel and the Clerk of Court Finance Department.

     **DATED** this 26th day of January 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION ~ 2**